**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| DANNY LYNN COLLIER,<br><br>Plaintiff,<br><br>vs.<br><br>SULLIVAN COUNTY, TENNESSEE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:26-CV-00185-DCLC-CRW |

**ORDER**

This matter is before the Court to consider the Order and Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 12]. After screening Plaintiff's Complaint under 28 U.S.C. § 1915(e)(2), the magistrate judge recommends that Plaintiff's claims under 42 U.S.C. § 1983 against the Sullivan County Sheriff's Office and the Sullivan County Probation Office be dismissed with prejudice because they are not entities subject to suit, and that his claims against Sullivan County and the individual defendants be dismissed without prejudice for failure to state a claim. Plaintiff did not file objections to the R&R, and failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 12] is **ADOPTED**. Plaintiff's claims against the Sullivan County Sheriff's Office and the Sullivan County Probation Office are **DISMISSED WITH PREJUDICE**, and his claims against Sullivan County and the

individual defendants are **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall enter.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge